```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   **v.** )   CR. NO. 2:02cr154-T
)         **(WO)**
**ERIC ORLANDO REESE** )

                                     **ORDER**

**Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on March 14, 2005, affirming in part and vacating in part the judgment of conviction and sentence pronounced in this case as to defendant Eric Orlando Reese on June 5, 2003, and entered on June 6, 2003 (Doc. no. 55), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on April 12, 2005, and received in the office of the clerk of this court on April 15, 2005 (Doc. no. 69), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction is continued in full force and effect, and the sentence is vacated.**

It is further ORDERED that defendant Resse's resentencing is set for May 9, 2005, at 10:00 a.m., in Courtroom 2E of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The parties and the Probation Department are to file sentencing statements by May 4, 2005.

The government is to arrange for the presence of defendant Reese.

Done, this the 18th day of April, 2005.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**