IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:02cr154-MHT |
| ERIC ORLANDO REESE | ) | (WO) |

### ORDER

Upon an independent and de novo review of the record, including the recommendation of the Retroactivity Screening Committee, which is adopted, it is ORDERED that defendant Eric Orlando Reese's motion for reduction of sentence (doc. 81) is denied.

The United States Sentencing Commission's retroactive amendment to the Sentencing Guidelines applicable to criminal cases involving cocaine base or crack cocaine does not apply to Reese's guideline sentence because it was not based on a crime involving cocaine base or crack cocaine. Reese is ineligible because he was convicted of being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1).

DONE, this the 25th day of September, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE